**Opinion issued November 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00867-CV

———————————

### IN RE NISSAN NORTH AMERICA, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Nissan North America, Inc. has filed a petition for writ of mandamus challenging an October 23, 2014 order of the trial court that overruled relator's assertion of trade secret privilege and compelled the production of two documents

submitted for *in camera* review.[*] We **deny** the petition for writ of mandamus and lift the stay imposed by our October 27, 2014 order.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[*] The underlying case is *BSAG, Inc. and Bob Stallings Nissan of Baytown, Inc. v. Baytown Nissan, Inc., Burklein Family Limited Partnership, Nissan North America, Inc., and Frederick W. Burklein*, cause number 2013-38072, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.